**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00192-CR

### RITO DUENAS-QUINTERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1354251-Y**

## ORDER

Before the Court is the State's January 12, 2015 motion for an extension of time to file its brief in this case. The brief was tendered to the Court along with the motion. We **GRANT** the State's motion. The State's brief is deemed filed as of the date of this order.

/s/    ADA BROWN
       PRESIDING JUSTICE